## LOVELACE HEALTH V. BARNCASTLE

This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports.  Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions.  Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

**LOVELACE HEALTH SYSTEM, INC.,**
**Plaintiff-Appellee,**
**v.**
**JOHN BARNCASTLE,**
**Defendant-Appellant.**

Docket No. A-1-CA-37220
COURT OF APPEALS OF NEW MEXICO
April 9, 2019

APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY, Beatrice J. Brickhouse, District Judge

**COUNSEL**

Rodey, Dickason, Sloan, Akin & Robb, P.A., Michael J. Brescia, Albuquerque, NM, for Appellee

John Barncastle, Albuquerque, NM, Pro Se Appellant.

**JUDGES**

JULIE J. VARGAS, Judge. WE CONCUR:  LINDA M. VANZI, Judge, J. MILES HANISEE, Judge

**AUTHOR:** JULIE J. VARGAS

**MEMORANDUM OPINION**

**VARGAS, Judge.**

**{1}**     Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition.  No memorandum opposing summary affirmance  has been filed and the time for doing so has expired. **AFFIRMED.**

**{2}     IT IS SO ORDERED.**

**JULIE J. VARGAS, Judge**

**WE CONCUR:**

**LINDA M. VANZI, Judge**

**J. MILES HANISEE, Judge**